630

March 30, 1979

405 A.2d 549

Commonwealth v. Barwick, Appellant.

Submitted September 15, 1978. Mark S. Refowich, Assistant Public Defender, for appellant; John Gallagher, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

405 A.2d 549

Commonwealth v. Flynn, Appellant.

Submitted March 20, 1978. E. Yvonne Grear, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.